<u>DOE V. SIMONDS ET AL.</u>, 12 CV 508 (JBA)

7/13/12 – ELECTRONIC ENDORSEMENT ORDER: Defendant's Motion for More Definite Statement, filed 4/30/12 (Dkt. #10), Defendant's Motion to Strike Immaterial and Impertinent Allegations from the Complaint, filed 4/30/12 (Dkt. #11), and plaintiff's Motion to Amend Complaint, filed 6/19/12 (Dkt. #30), are ALL DENIED WITHOUT PREJUDICE AS MOOT, in light of the pending Motion to Amend Complaint, filed 7/10/12 (Dkt. #34).  The issues of vicarious liability (<u>see</u> Dkt. #10, at 1) and post-1980 assignments of defendant Simonds (<u>see</u> Dkt. #11, at 1; Dkt. #29, at 2; Dkt. #32, at 3-4) ought to be raised in more substantive motions.